# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. |
| | : | |
| v. | : | Violation: |
| | : | 18 U.S.C. § 1344(2) |
| **GRAHAM HAUCK,** | : | (Bank Fraud) |
| | : | |
| Defendant. | : | Forfeiture: |
| | : | 18 U.S.C. § 982(a)(2)(A), |
| | : | 21 U.S.C. § 853(p) |
| | : | |

## INFORMATION

The United States Attorney charges:

## BACKGROUND

1. Defendant Graham Hauck resided in Maryland and served as president and CEO of Hauck & Associates, Inc. ("H&A"), a trade association management firm based in Washington, D.C.

2. Bank of America, N.A., Citizens Bank, N.A., and Truist Bank were each financial institutions within the meaning of 18 U.S.C. § 20. Their deposits were insured by the Federal Deposit Insurance Corporation.

3. Victim Organization Two was a nonprofit multidisciplinary professional society and maintained checking accounts at Bank of America and Citizens Bank.

4. Victim Organization Three was the U.S. chapter of an international membership organization and maintained a Truist checking account.

5. Victim Organization Four was a nonprofit membership organization that maintained a Bank of America checking account.

6. Victim Organization Five was an international scientific society.

7. Victim Organizations Two, Three, Four, and Five hired H&A to provide management services.

## COUNT ONE
## (Bank Fraud)

### The Scheme to Defraud

8. Paragraphs 1 through 7 are incorporated here.

9. From as early as 2018 through in or about June 2023, within the District of Columbia, Maryland, and elsewhere, Hauck devised and executed a scheme and artifice to defraud Victim Organization Two, Victim Organization Three, Victim Organization Four, Victim Organization Five, and others, and to obtain any of the moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of Bank of America, Citizens Bank, and Truist Bank by means of materially false and fraudulent pretenses, representations, and promises.

### The Purpose of the Scheme

10. The purpose of the scheme to defraud was for Hauck to enrich himself by stealing funds from Victim Organization Two, Victim Organization Three, Victim Organization Four, Victim Organization Five, and others, that were under the custody and control of financial institutions.

### The Manner and Means of the Scheme

11. It was a part of the scheme and artifice to defraud that Hauck, without permission or authority from any of the Victim Organizations, caused funds to which he was not entitled to be withdrawn from the Victim Organizations' bank accounts and ultimately transferred to accounts controlled by him.

**The Execution of the Scheme**

12. On or about June 24, 2022, Hauck knowingly executed and attempted to execute the above-described scheme and artifice to defraud by causing $9,800 to be withdrawn from Victim Organization Two's Bank of America account and causing $9,750 of those funds to be transferred to H&A's Truist account.

**(Bank Fraud, in violation of Title 18, United States Code, Section 1344(2))**

**FORFEITURE NOTICE**

1. Upon conviction of the offense alleged in Count One of this Information, the defendant shall forfeit to the United States any property which constitutes or is derived from proceeds the defendant obtained directly or indirectly as a result of the offense, pursuant to Title 18, United States Code, Section 982(a)(2)(A). The United States also will seek a forfeiture money judgment against the defendant in the amount of $1,996,581, and seek the forfeiture of $370,068 in funds held in escrow by the Price Benowitz law firm.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

**(Criminal Forfeiture, pursuant to Title 18, United States Code, Section 982(a)(2)(A), and Title 21, United States Code, Section 853(p))**

                          MATTHEW M. GRAVES
                          United States Attorney
                          for the District of Columbia

Date:   September 14, 2023      By:  */s/ Kondi Kleinman*
                          KONDI KLEINMAN
                          California Bar. No. 241277
                          Assistant United States Attorney
                          Fraud, Public Corruption & Civil Rights Section
                          601 D Street, N.W.
                          Washington, D.C. 20530
                          (202) 252-6887 | Kondi.Kleinman2@usdoj.gov